

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.            CRIMINAL NO. **5:20cr00059**
                                         21 U.S.C. § 844(a)

CHRISTOPHER ARNOLD

## I N F O R M A T I O N

The United States Attorney Charges:

On or about February 6, 2020, at the Federal Correctional Institution at Beckley, at or near Beaver, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER ARNOLD did knowingly and intentionally possess a quantity of buprenorphine, a Schedule III controlled substance contained within the medication "Suboxone," and such substance was not obtained directly, or pursuant to a valid prescription or order, from a practitioner while acting in the course of his professional practice, and such possession was not otherwise authorized by law.

In violation of Title 21, United States Code, Section 844(a).

                                         UNITED STATES OF AMERICA

                                         MICHAEL B. STUART
                                         United States Attorney

                By: _____
                                         JOHN L. FILE
                                         Assistant United States Attorney

Filed: **MAY 12, 2020**